DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASPAH DWAUN SIMMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2231

[June 3, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562013CF002973C.

Jaspah D. Simmons, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***